IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JONATHAN HALL,

    Petitioner,

v.            CIVIL ACTION NO. 2:16-cv-05727
              (Criminal No. 2:07-cr-00019)

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 24, 2019, Magistrate Judge Aboulhosn submitted the Proposed Findings of Fact and Recommendation [ECF No. 86] ("PF&R"), recommending the court deny the Emergency Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 [ECF No. 75]; deny the Supplemental Motion to Vacate and Correct Sentence pursuant to 28 U.S.C. § 2255 [ECF No. 80]; and remove this matter from the docket. To date, no objections to Magistrate Judge Aboulhosn's PF&R have been filed, and the time period for the filing of objections has passed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** the Emergency Motion to Correct Sentence

pursuant to 28 U.S.C. § 2255 [ECF No. 75]; **DENIES** the Supplemental Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 [ECF No. 80]; **DISMISSES** this action **with prejudice**; and removes this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: September 26, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE